IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD


DEBORAH LYNN MURPHY,

             Plaintiff,

v.                                      CIVIL CASE NO. 1:16-cv-11518

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

             Defendant.



MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United

States Magistrate Judge Omar J. Aboulhosn for submission of

findings and recommendations regarding disposition, pursuant to

28 U.S.C. § 636(b)(1)(B).  See ECF No. 4.  Magistrate Judge

Aboulhosn submitted his Proposed Findings and Recommendation

("PF&R") to the court on August 28, 2017, in which he

recommended that the district court **GRANT** plaintiff's request to

reverse the Commissioner's final decision **only** with respect to

the period prior to the established onset of disability,

November 28, 2013, (ECF No. 20), **DENY** defendant's request to

affirm the decision of the Commissioner, (ECF No. 23), **REVERSE**

the final decision of the Commissioner **only** with respect to the

period prior to the established onset date of disability,

November 28, 2013, and **REMAND** this action for further

proceedings.

In accordance with the provisions of 28 U.S.C. § 636(b),

the parties were allotted fourteen days, plus three mailing

days, in which to file any objections to the Magistrate Judge's

PF&R.  The failure of any party to file such objections

constitutes a waiver of such party's right to a de novo review

by this court.  See Snyder v. Ridenour, 889 F.2d 1363 (4th Cir.

1989).  No party has filed any objections to the magistrate

judge's PF&R.

Accordingly, the court adopts the factual and legal

analysis contained within the PF&R; **GRANTS** plaintiff's request

to reverse the Commissioner's final decision **only** with respect

to the period prior to the established onset of disability,

November 28, 2013, (ECF No. 20), **DENIES** defendant's request to

affirm the decision of the Commissioner, (ECF No. 23), **REVERSES**

the final decision of the Commissioner **only** with respect to the

period prior to the established onset date of disability,

November 28, 2013, and **REMANDS** this action for further

proceedings.

The Clerk is further directed to forward a copy of this

Memorandum Opinion and Order to all counsel of record.

It is **SO ORDERED** this 26th day of October, 2017.

ENTER:

David A. Faber
Senior United States District Judge